# United States District Court
## For The Western District of North Carolina
## Statesville Division

DAVID E. SIMPSON,

           Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:10CV45-1-V

UNITED STATES OF AMERICA,

           Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2010, Order.

                        Signed: April 20, 2010

                        Frank G. Johns, Clerk
                        United States District Court